```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    CIGIFREDO GALEANA-REYES
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR.S-10-429 LKK |
| Plaintiff, | ) **AMENDED** ORDER AFTER HEARING |
| v. | ) |
| CIGIGREDO GALEANA-REYES, | ) |
| Defendant. | ) |

This matter came on calendar for a status conference hearing on January 31, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michele Beckwith appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Cigifredo Galeana-Reyes, who was present before the court.

A representative from United States Probation informed the court that due to Probation's backlog of cases, it would need an additional six weeks time to prepare and disseminate the defendant's "Alien Pre-Plea Presentence Report", which report is necessary for the parties to

| | |
|---|---|
| 1 | resolve the case. Responding that the defendant was incarcerated and |
| 2 | would continue to be incarcerated during the requested six-week |
| 3 | continuance, the court denied this request. The court directed U.S. |
| 4 | Probation to furnish an explanation for its backlog. U.S. Probation |
| 5 | Officer Horner agreed to prepare and disseminate the report within the |
| 6 | upcoming week. The court set the matter for further status conference |
| 7 | one week hence, on February 7, 2012, at 9:15 am. |
| 8 | The parties agreed on the need for additional time to allow time |
| 9 | for defense and Probation's preparation. The parties need time to |
| 10 | receive and review the Alien Pre-Plea PSR, to draft a plea agreement, |
| 11 | and to review both with the defendant. |
| 12 | **IT IS HEREBY ORDERED** that this matter be set for further status |
| 13 | conference on February 7, 2012 at 9:15 am.. |
| 14 | **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A) |
| 15 | and (B)(iv), and Local Code T4, the period from January 31, 2012, up to |
| 16 | and including February 7, 2012, is excluded from the time computations |
| 17 | required by the Speedy Trial Act due to counsel preparation. |
| 18 | **THE COURT FINDS** that the ends of justice served by granting this |
| 19 | continuance outweigh the best interest of the defendant and the public |
| 20 | in a speedy trial. |
| 21 | |
| 22 | Dated: February 2, 2012 |

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT