1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

Attorney for Defendant
6  CIGIFREDO GALEANA-REYES

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
UNITED STATES OF AMERICA,          ) No. CR.S-10-429 LKK
12                                 )
              Plaintiff,           )
13                                 ) ORDER AFTER HEARING
     v.                            )
14                                 )
CIGIGREDO GALEANA-REYES,           )
15                                 )
              Defendant.           )
16                                 )
_____    )
17

18
       This matter came on calendar for a status conference hearing on
19
February 7, 2012, in the courtroom of the Honorable Lawrence K.
20
Karlton, Senior Judge.  Assistant United States Attorney Michele
21
Beckwith appeared on behalf of the United States of America.  Assistant
22
Federal Defender Courtney Fein appeared for Caro Marks on behalf of
23
Defendant Cigifredo Galeana-Reyes, who was present before the court.
24
       The defendant expressed dissatisfaction with his counsel and the
25
plea offer. Defense counsel represented that the defendant's counsel
26
was preparing to get him a "second opinion" from another attorney about
27
his case. The parties agreed a one-week continuance would suffice for
28

this purpose. Defense counsel does not seek to be replaced, but just an opinion for the defendant by another attorney. The court set the matter for further status conference one week hence, on February 14, 2012, at 9:15 am.

The parties agreed on the need for additional time to allow defense counsel to seek a second attorney to confer with the defendant about his case, specifically, any defenses, and the guidelines calculations.

**IT IS HEREBY ORDERED** that this matter be set for further status conference on February 14, 2012 at 9:15 am..

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv), and Local Code T4, the period from February 7, 2012, up to and including February 14, 2012, is excluded from the time computations required by the Speedy Trial Act due to counsel preparation. The court finds that the ends of justice served by granting this continuance outweigh the best interest of the defendant and the public in a speedy trial.

Dated: February 13, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT