BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-10-429 LKK |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| CIGIFREDO GALEANA-REYES, aka Cigifred Reyes Galeana, | |
| Defendant. | |

The parties appeared in court on February 14, 2012 for a status conference. At the conference, defense counsel stated that he had recently been appointed and that he needed additional time to discuss the case with his client. In particular, he needs additional time to review the outstanding plea offer by the government and to discuss various issues related to sentencing. Accordingly, the parties requested that the matter be continued to March 27, 2012 at 9:15 a.m. The defendant did not object to this continuance or to an exclusion of time under the Speedy Trial Act.

UPON GOOD CAUSE SHOWN and with the agreement of all

1

parties, this status conference is continued to March 27, 2012, at 9:15 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The court finds that defense counsel, taking into account the exercise of due diligence, needs additional time for adequate preparation.  Accordingly, it is ordered that time from February 14, 2012, to and including, the March 27, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: February 16, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT